IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3-00-CV-0022-P |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to a consent motion by the parties to this action, the Court hereby ORDERS that the original Registrar Certificate, which tenders control over the domain name registration and use of CHEATERS.COM, be deposited into the registry of the Court. Network Solutions shall, by its Certificate, maintain the status quo ante with respect of the domain name until further temporary or final order of this Court. Network Solutions shall not make any change to the registration of the domain name unless and until this Court renders a decision regarding the competing interests therein.

So ORDERED, this 11th day of May, 2000.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE