

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants | § | |

U.S. DISTRICT
NORTHERN DISTRICT OF TX
FILED
MAY 30 2000
NANCY DOHERTY, CLERK
Deputy

ENTERED ON DOCKET
MAY 31 2000

### ORDER ON PLAINTIFF'S MOTION FOR A FINDING OF NO PERSONAL JURISDICTION OVER DEFENDANT PHILLIP ALEXANDER GORDON

On *May 30*, 2000, the court considered Plaintiff's Motion For a Finding of No Personal Jurisdiction Over Defendant Phillip Alexander Gordon. After considering the pleadings and the motion, the court

GRANTS the motion and finds that the plaintiff is unable to obtain personal jurisdiction over defendant Phillip Alexander Gordon in the above numbered and titled cause thereby constituting service of process as to defendant www.cheaters.com pursuant to 15 U.S.C. §1125(d)(2)(B).

SIGNED on *May 30*, 2000.

_Jorge A. Solis_
PRESIDING JUDGE

APPROVED & ENTRY REQUESTED:

_Mark Falkin_
Mark G. Falkin