

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants | § | |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN 28 2000 NANCY DOHERTY, CLERK**

**ENTERED ON DOCKET JUN 28 2000 U.S. DISTRICT CLERK'S OFFICE**

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On _June 28_, 2000, the court considered Plaintiff's Motion For Default Judgment. After considering the pleadings and the motion, the court

GRANTS the motion and finds that plaintiff is entitled to own the internet domain name WWW.CHEATERS.COM. It is ORDERED that Network Solutions, Inc., the internet domain name registrar and database company that currently has such domain name in its registry, turn over the domain name to plaintiff Robert N. Goldstein by registering such in plaintiff's name and providing written confirmation of such registry to plaintiff.

SIGNED on _June 28_, 2000.

_____
PRESIDING JUDGE

APPROVED & ENTRY REQUESTED:

_____
Mark G. Falkin