

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| Plaintiff | § § § | |
| v. | § | No. 3:00-CV-0022-P |
| PHILIP ALEXANDER GORDON, WWW.CHEATERS.COM, | § § § | |
| Defendants | § § | |

## MOTION TO SET ASIDE THE DEFAULT JUDGMENT AND DISMISS THE ACTION FOR LACK OF PERSONAL OR *IN REM* JURISDICTION

Pursuant to Rules 12(b)(2), (5), and 60(b) of the Federal Rules of Civil Procedure and the arguments set forth in the accompanying memorandum, www.cheaters.com and Philip Alexander Gordon, as the legal representative of www.cheaters.com, hereby move this Court for an order: 1) setting aside the default judgment; 2) returning the domain name www.cheaters.com to its lawful owner, Philip A. Gordon; and 3) dismissing the action for lack of personal or *in rem* jurisdiction over Defendants Philip Alexander Gordon and www.cheaters.com.

15

Respectfully submitted:

_____
An Attorney for Phillip Gordon and
WWW.CHEATERS.COM

Eugenia S. Hansen
Texas Bar No. 08929720

John A. Dondrea
Texas Bar No. 05973800

William Chad Shear
Texas Bar No. 24013493

Sidley & Austin
717 N. Harwood Ave. Suite 3400
Dallas, TX 75201
Telephone (214) 981-3300
Facsimile (214) 981-3400

## CERTIFICATE OF CONFERENCE

Counsel for Philip Gordon has conferred with Mark Falkin, counsel for Robert N. Goldstein, regarding the issues in this motion on April 4, 2001. Agreement could not be reached and Robert N. Goldstein opposes this motion on the basis of their belief that the Default Judgment should stand.

_____
Eugenia S. Hansen
Attorney for Philip Gordon and
WWW CHEATERS.COM

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___4Th___ day of April, 2001, I caused a copy of the foregoing MOTION TO SET ASIDE THE DEFAULT JUDGMENT AND DISMISS THE ACTION FOR LACK OF PERSONAL OR *IN REM* JURISDICTION to be delivered via Federal Express to:

        Mark G. Falkin
        Knox Central Place, Suite 1000
        4627 North Central Expressway
        Dallas, Texas 75205-4022

        Attorney for Plaintiff Robert N. Goldstein.

        Robert N. Goldstein
        4516 Lovers Lane, # 104
        Dallas, TX 75225

        _____
        An Attorney for Philip A. Gordon and
        WWW.CHEATERS.COM

Attorneys for Philip A. Gordon
and WWW.CHEATERS.COM

Eugenia S. Hansen
Texas Bar No. 08929720

John A. Dondrea
Texas Bar No. 05973800

William Chad Shear
Texas Bar No. 24013493

Sidley & Austin
717 N. Harwood Ave. Suite 3400
Dallas, TX 75201
Telephone (214) 981-3300
Facsimile (214) 981-3400

Order, Page 2 of 2.