

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S RESPONSE TO MOTION TO SET ASIDE THE DEFAULT
JUDGMENT AND DISMISS THE ACTION FOR LACK OF PERSONAL
OR *IN REM* JURISDICTION**

Plaintiff Robert N. Goldstein, according to Federal Rules of Civil Procedure and the argument set forth in the contemporaneously filed brief, responds to defendant's motion and moves this Court for an order denying defendants' motion.

Respectfully submitted,

*/s/ Mark Falkin*

Mark G. Falkin
Bar No. 00797809
Knox Central Place, Suite 1000
4627 North Central Expressway
Dallas, Texas 75205-4022
Phone (214) 219-1177
Facsimile (214) 528-2434

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing document has been served upon counsel for defendant on the 24th day of April, 2001, as follows:

Eugenia S. Hansen
Sidley & Austin
717 N. Harwood Ave., Suite 3400
Dallas, Texas 75201
Fax (214) 981-3400

          /s/ Mark G. Falkin
          Mark G. Falkin

Case 3:00-cv-00022- Document 18 Filed 04/24/01 Page 2 of 2 PageID 44

**PLAINTIFF'S RESPONSE TO MOTION TO SET ASIDE THE DEFAULT JUDGMENT AND DISMISS THE ACTION FOR LACK OF PERSONAL OR *IN REM* JURISDICTION - Page 2**