

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Robert N. Goldstein and his counsel, Mark Falkin, according to Federal Rules of Civil Procedure and the argument set forth in the contemporaneously filed brief, responds to defendant's motion and moves this Court for an order denying defendant's motion and awarding plaintiff attorney's fees and costs in defense on this motion.

Respectfully submitted,

_____
Mark G. Falkin
Bar No. 00797809
Knox Central Place, Suite 1000
4627 North Central Expressway
Dallas, Texas 75205-4022
Phone (214) 219-1177
Facsimile (214) 528-2434

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon counsel for defendant on the 9th day of July, 2001, as follows:

Eugenia S. Hansen
Sidley & Austin
717 N. Harwood Ave., Suite 3400
Dallas, Texas 75201
Fax (214) 981-3400

*Mark Falkin*

Mark G. Falkin