IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 3:00-CV-0022-P |
| | § | |
| PHILIP ALEXANDER GORDON | § | |
| and WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order filed on February 27, 2002, the Court issues judgment as follows:

Plaintiff's claims against defendants Philip Alexander Gordon and WWW.Cheaters.com are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Signed this 27th day of February, 2002 at Dallas, Texas.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE