

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 1 5 2002

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 3:00-CV-0022-P |
| PHILIP ALEXANDER GORDON and | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT PHILIP ALEXANDER GORDON'S FEE PETITION WITH SUPPORTING AFFADAVIT PURSUANT TO THE COURT'S ORDER OF FEBRUARY 27, 2002

Defendant, Philip Alexander Gordon, hereby presents his petition for attorney

fees and costs incurred in connection with his motion to set aside the default judgment and

motion for sanctions under Rule 11. These motions were granted by the Court on February 27,

2002 along with an Order for reimbursement of such fees by Plaintiff.

This petition is supported by the attached Affidavit of Eugenia S. Hansen.

Eugenia S. Hansen
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
214/981-3315

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:00-CV-0022-P |
| PHILIP ALEXANDER GORDON and | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF EUGENIA S. HANSEN
## FOR ATTORNEY FEES AND COSTS

I, Eugenia S. Hansen, being first duly sworn, on oath depose and state as follows:

1.      I am an adult resident of the State of Texas.

2.      I am an attorney duly licensed and authorized to practice law in the State of

Texas.

3.      I am a partner in the law firm of Sidley Austin Brown & Wood LLP, Dallas,

Texas and I am one of the attorneys of record in this action representing Defendant Philip

Alexander Gordon (hereinafter "Gordon").

4.      I make this Affidavit on the basis of my personal knowledge of the facts set forth

herein.

5.      I make this Affidavit in support of Gordon's request for attorney fees and costs,

wherein Gordon seeks recovery of the attorney fees and costs incurred by Defendant in

connection with the filing of its motion to set aside the default judgment and motion for

sanctions.

6.    Gordon incurred $15,511.25 in attorney fees in connection with the filing of his motion to set aside the default judgment, which are summarized below:

|  |  |  |
|---|---|---|
| a. | Eugenia S. Hansen, partner | 6.50 hours x $375/hour, for  $ 2,437.50; |
| b. | John A. Dondrea, partner | 10.25 hours x $375/hour, for  $ 3,843.75; |
| c. | William C. Shear, associate | 41.00 hours x $205/hour, for  $ 8,405.00; |
| d. | Janna G. Burris, legal assistant | 5.50 hours x $150/hour, for  $   825.00 |
|  | Total | 63.25 hours                       $15,511.25 |

7.    Gordon incurred $20,946.25 in attorney fees in connection with the filing of his motion for sanctions under Rule 11, which are summarized below:

|  |  |  |
|---|---|---|
| a. | Eugenia S. Hansen, partner | 13.75 hours x $375/hour, for  $ 5,156.25; |
| b. | John A. Dondrea, partner | 9.50 hours x $375/hour, for  $ 3,562.50; |
| c. | William C. Shear, associate | 53.00 hours x $205/hour, for $10,865.00; |
| d. | Julie M. Nichols, summer associate | 4.00 hours x $125/hour, for  $    500.00; and |
| e. | Janna G. Burris, legal assistant | 5.75 hours x $150/hour, for  $   862.50. |
|  | Total | 86.00 hours                       $20,946.25 |

8.    Gordon incurred costs in the amount of $747.10 for online legal research related to the filing of his motions to set aside the default judgment and for sanctions under Rule 11.

9.    Gordon incurred costs in the amount of $302.92 for duplication costs associated with preparing, filing and serving the motion to set aside the default judgment and the motion for sanctions.

10.    Gordon incurred costs in the amount of $189.02 for facsimile and courier costs associated with filing and serving the motion to set aside the default judgment and the motion for sanctions.

Attached hereto are copies of the relevant documents supporting said fees and costs,

which were reasonably and necessarily incurred in connection with the filing of the motion to set

aside the default judgment and the motion for sanctions. The attorney fees associated with the

motion to set aside the default judgment are highlighted in yellow. The attorney fees associated

with the motion for sanctions are highlighted in blue.

Further Affiant sayeth naught.

Eugenia S. Hansen
SIDLEY AUSTIN BROWN & WOOD, LLP
717 North Harwood, Suite 3400
Dallas, Texas 75201
214/981-3315

STATE OF TEXAS

COUNTY OF DALLAS

Before me, Lottie Davis, Notary Public, on this day personally appeared Eugenia S. Hansen, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes therein expressed.

Given under my hand and seal of office this _15th_ day of March, 2002.

LOTTIE DAVIS
MY COMMISSION EXPIRES
JUNE 1, 2004

Notary Public

3

DA1 229432v1