# United States District Court
# Northern District of Texas
# Office of the Clerk

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

March 29, 2002

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT: 3:00cv22-P; Goldstein v. Gordon etal.

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| ____ | Certified copy of the notice of cross-appeal and docket entries |
| ____ | Record on appeal consisting of volume(s) of the record; |
| ____ | Volume(s) of the transcript       ____ Volume(s) of depositions. |
| ____ | Container(s) of exhibits          ____ Folder(s) of State Court Papers |
| ____ | Sealed documents                  ____ Audio Visual Tapes |
| ____ | Supplemental record, including updated docket entries |
| ____ | Other: |

In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| __X__ | The Court of Appeals docket fee has been paid |
| ____ | This case is proceeding *in forma pauperis* |
| ____ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| ____ | This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act. |
| __X__ | The presiding Judge is: Judge Solis |
| ____ | The court reporter assigned to this case is: |
| __X__ | This case was decided without a hearing, therefore there will be no transcript |
| ____ | UPS Tracking #: |

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: _____
J. Ross
*Deputy Clerk*

Received By: _____

cc:   Attorneys of record



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
No. 3:00CV0022-P

| | |
|---|---|
| ROBERT N. GOLDSTEIN, | § |
| | § |
| Plaintiff | § |
| v. | § |
| | § |
| PHILLIP ALEXANDER GORDON, | § |
| WWW.CHEATERS.COM, | § |
| | § |
| Defendants | § |

**Notice of Appeal**

Notice is hereby given that Robert N. Goldstein, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the order for sanctions against plaintiff entered in this action on the 28th day of February, 2002.

Respectfully submitted,

Mark G. Falkin
Bar No. 00797809
Knox Central Place, Suite 2000
4627 North Central Expressway
Dallas, Texas 75205-4022
Telephone (214) 219-1177
Facsimile (214) 528-2434

ATTORNEY FOR PLAINTIFF

**Notice of Appeal- Solo Page**