IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Appellant | § | 02-10396 |
| v. | § | USDC No. 3:00-CV-22-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Appellee | § | |

APR 2 9 2002

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX
FILED
MAY - 6 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## AGREED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant and Appellee, by their signatures below, agree that this appeal be voluntarily dismissed as premature, and hereby request the Court to dismiss the appeal. Appellant and Appellee agree that any costs resulting from this appeal shall be borne by the Appellant, and that the Appellant has not forfeited his right to appeal further action by the district court.

Respectfully submitted,

_____
Mark G. Falkin
Texas Bar No. 00797809
Knox Central Place, Suite 2000
4627 North Central Expressway
Dallas, Texas 75205-4022
Phone (214) 219-1177
Facsimile (214) 528-2434

ATTORNEY FOR APPELLANT

AGREED TO AND APPROVED BY:

_____
Eugenia S. Hansen

ATTORNEY FOR APPELLEE

AGREED MOTION FOR VOLUNTARY DISMISSAL - Solo Page

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Appellant | § | 02-10396 |
| v. | § | USDC No. 3:00-CV-22-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Appellee | § | |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant and Appellee, by their signatures below, agree that this appeal be voluntarily dismissed as premature, and hereby request the Court to dismiss the appeal. Appellant and Appellee agree that any costs resulting from this appeal shall be borne by the Appellant, and that the Appellant has not forfeited his right to appeal further action by the district court.

Respectfully submitted,

Mark G. Falkin
Texas Bar No. 00797809
Knox Central Place, Suite 2000
4627 North Central Expressway
Dallas, Texas 75205-4022
Phone (214) 219-1177
Facsimile (214) 528-2434

ATTORNEY FOR APPELLANT

AGREED TO AND APPROVED BY:

Eugenia S. Hansen
Attorney for Appellee, Phillip Alexander Gordon

AGREED MOTION FOR VOLUNTARY DISMISSAL- Solo Page

No. 02-10396
----------------

ROBERT N GOLDSTEIN

       Plaintiff - Appellant

v.

P A GORDON; WWW.CHEATERS.COM

       Defendants - Appellees

## ENTRY OF DISMISSAL

Pursuant to the agreed motion of the parties this appeal is dismissed this 2nd day of May, 2002, see FED. R. APP. P. 42(b).

                   CHARLES R. FULBRUGE III
                   Clerk of the United States Court
                   of Appeals for the Fifth Circuit

By: _____
    Debbie Kranz, Deputy Clerk

                   FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
           Deputy
New Orleans, Louisiana   MAY 0 2 2002

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 2, 2002



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Room 14A20
Dallas, TX 75242

No. 02-10396 Goldstein v. Gordon
USDC No. 3:00-CV-22-P

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 2 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Debbie Kranz, Deputy Clerk
504-310-7698

cc: w/encl:
   Mr Mark G Falkin
   Ms Eugenia S Hansen
   Mr John Anthony Dondrea
   Mr William Chad Shear

MDT-1