ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 16 2002
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| PHILLIP A. GORDON, WWW.CHEATERS.COM, | § | |
| Defendants | § | |

### DEFENDANT GORDON'S SUBSTITUTED MOTION FOR RECONSIDERATION OF COURT ORDER DATED JULY 3, 2002

Defendant, Philip A. Gordon, respectfully requests this Court to (1) award the total amount incurred by Defendant in presenting his motion to set aside the default judgement and the motion for attorney fees under Rule 11 and (2) issue an Order holding Plaintiff Goldstein jointly and severally liable with his counsel for the sanctions awarded by this Court.

A Brief in Support, an Appendix and a proposed Order and Judgment Regarding Attorney Fees are filed herewith.

40

## CERTIFICATE OF CONFERENCE

I, Eugenia S. Hansen, one of the attorneys for Defendant Philip A. Gordon, hereby certify that on July 16, 2002, I conferred by telephone with Mark Falkin, attorney for Plaintiff Robert N. Goldstein, with regard to the foregoing Substituted Motion for Reconsideration of Court's Order of July 3, 2002. Mr. Falkin indicated he will oppose the motion.

_____
Eugenia S. Hansen

## CERTIFICATE OF SERVICE

I hereby certify that on this ___16th___ day of July, 2002, I caused a copy of the foregoing

**DEFENDANT GORDON'S SUBSTITUTED MOTION FOR RECONSIDERATION OF COURT'S ORDER OF JULY 3, 2002** to be delivered via Federal Express overnight service to:

> Mark G. Falkin
> 2604 W. 49 ½ Street
> Austin, Texas  78731
> *Attorney for Plaintiff Robert N. Goldstein*

_____