

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:00CV0022-P |
| | § | |
| PHILLIP ALEXANDER GORDON, | § | |
| WWW.CHEATERS.COM, | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT GORDON'S SUBSTITUTED MOTION FOR RECONSIDERATION OF COURT ORDER DATED JULY 3, 2002

Plaintiff, Robert N. Goldstein, according to Federal Rules of Civil Procedure and the argument set forth in the contemporaneously filed brief, respectfully requests this Court to deny Defendant's Substituted Motion for Reconsideration.

Respectfully submitted,

*Mark Falkin* (signature)

Mark G. Falkin
Bar No. 00797809
2604 West 49 ½ Street
Austin, Texas 78731-5606
Phone (469) 371-0207

ATTORNEY FOR PLAINTIFF

Plaintiff's Response to Defendant Gordon's Substituted Motion for Reconsideration- Page 1