ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2002
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ROBERT N. GOLDSTEIN, § | |
| § | |
| Plaintiff § | |
| v. § | No. 3:00CV0022-P |
| § | |
| PHILLIP ALEXANDER GORDON, § | |
| WWW.CHEATERS.COM, § | |
| § | |
| Defendants § | |

## PLAINTIFF'S BRIEF IN SUPPORT OF HIS RESPONSE TO DEFENDANT GORDON'S SUBSTITUTED MOTION FOR RECONSIDERATION OF COURT ORDER DATED JULY 3, 2002

On July 3, 2002, this Court issued a final order in this matter. The Court clarified its sanction and ordered Plaintiff to pay Defendant's counsel $5,000.00. The Court has reviewed all the documents filed in the case, including the Defendant's Fee Petition, Plaintiff's Response, and has issued its final order.

Defendant asks the Court to reconsider its order. In so doing, Defendant raises no new issues and offers no new evidence for the court to consider. Defendant insists that the Court ordered only Plaintiff's counsel to pay the amount stated. The Court's final order clearly instructs Plaintiff to pay the sum certain.

In that the Court has fully considered the conduct, reviewed all the papers filed in this case, has rendered a final order instructing the Plaintiff to pay sanctions in the amount of $5,000.00, Plaintiff sees no reason now why the Court should change its final order in this case.

Therefore, Plaintiff respectfully asks the Court to deny Defendant's Motion for Reconsideration.

Plaintiff's Brief In Support of His Response to Defendant Gordon's Substituted Motion for Reconsideration- Page 1

Respectfully submitted,

*Mark Falkin* (signature)

Mark G. Falkin
Bar No. 00797809
2604 West 49 ½ Street
Austin, Texas 78731-5606
Phone (469) 371-0207

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon counsel for Defendant on the ___1st___ day of August, 2002, as follows:

Eugenia S. Hansen
Sidley & Austin
717 N. Harwood Ave., Suite 3400
Dallas, Texas 75201
Fax (214) 981-3400

*Mark Falkin* (signature)

Mark G. Falkin

Plaintiff's Brief In Support of His Response to Defendant Gordon's Substituted Motion for Reconsideration- Page 2