IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT N. GOLDSTEIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. |
| | § 3:00-CV-0022-P |
| PHILIP ALEXANDER GORDON | § |
| and WWW.CHEATERS.COM, | § |
| | § |
| Defendants. | § |

## ORDER

Now before the Court is Defendant Gordon's Motion for Reconsideration of Court Order Dated July 3, 2002, filed July 16, 2002. During its deliberation of the issue of sanctions in the first instance, the Court considered the matters raised by Defendant Gordon in his Motion for Reconsideration. The Court fully reviewed the Parties' briefing, considered the relevant facts and law, and issued an Order clearly setting forth its ruling. Defendant Gordon has not provided the Court with a valid legal basis for reconsidering and altering its Order, as required by Federal Rule of Civil Procedure 60(b).

For these reasons, Defendant Gordon's Motion for Reconsideration is hereby DENIED.

So ORDERED, this 29th day of August, 2002

JORGE A. SOLIS
UNITED STATES DISTRICT COURT

ORDER
00-CV-0022                                                                                    PAGE 1